## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| **Plaintiff,** | |
| v. | **CRIM. NO. 16-064 (PAD)** |
| **FELIPE RONDON-HERNANDEZ,** | |
| **Defendant**. | |

## ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille L. Vélez-Rivé regarding the Rule 11 proceeding of defendant, Felipe Rondón-Hernández (Docket No. 20), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to COUNT ONE of the Information.

The court notes that a Presentence Investigation Report was ordered (Docket No. 19) and the parties were granted until May 27, 2016 to file their sentencing memorandum (Docket No. 20). In fact, the court notes that defendant already filed his sentencing memorandum and moved to advance the Sentencing Hearing at Docket No. 21. Thus, the Sentencing Hearing is RESET for March 23, 2016 at 9:30 a.m. in Courtroom 3. For this reason, the government is granted until March 11, 2016, to file its sentencing memorandum. An expedited PSR shall be prepared and filed not later than March 16, 2016.

United States v. Rondón-Hernández
Criminal No. 16-064 (PAD)
Order
Page 2

**SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of March, 2016.

S/Pedro A. Delgado-Hernández
PEDRO A. DELGADO HERNANDEZ
United States District Judge

2